

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DSS:SDD
F.#2012R00949

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 13, 2012

**BY HAND AND ECF**

The Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Jane Doe
          Criminal Docket No. 12-M-614

Dear Judge Pollak:

    The government respectfully submits the enclosed motion and proposed order to close the courtroom for a proceeding and requests that, following a hearing, the motion and any order entered by the Court be filed under seal. The attorney for the defendant in the above-captioned case has been advised and provided with a copy of this letter and the enclosed motion and proposed order.

    The government is directing the enclosed submissions to Your Honor because you are scheduled to be the duty magistrate on the date of the defendant's anticipated initial appearance in the Eastern District of New York. The government writes to confirm that a hearing on this motion has been scheduled for Monday, July 16, 2012 at 11:00 a.m. in Courtroom number 2A, at which time the government intends to file the enclosed motion and proposed order under seal.

                          Respectfully submitted,

                          LORETTA E. LYNCH
                        United States Attorney

          By:   /s/
                Seth DuCharme
                Assistant U.S. Attorney
Encls.              (718) 254-6021

cc: Ilissa Brownstein, Esq. (w/enc.)